MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

FREIDA LAUB,

    Plaintiff,

vs.

WAKEFIELD & ASSOCIATES, INC.,
a foreign corporation,

    Defendant.

No.

JURY DEMANDED

### COMPLAINT

### JURISDICTION

1. The jurisdiction of this Court attains pursuant to the FDCPA, 15 U.S.C. § 1692k(d), 28 U.S.C. § 1331, 28 U.S.C. § 1332, and the doctrine of supplemental jurisdiction. Venue lies in the Southern Division of the Judicial District of Nevada as Plaintiff's claims arose from acts of the Defendant(s) perpetrated therein.

### PRELIMINARY STATEMENT

2. This action is instituted in accordance with and to remedy Defendant's violations of the Federal Fair Debt Collection Practices Act, 15 U.S.C § 1692 et seq. (hereinafter "FDCPA"), and of related state law obligations brought as supplemental claims hereto.

3. In 2009, Defendant initiated a campaign of abusive, unfair, unreasonable, and unlawful debt collection activity directed against Plaintiff.

4. As a result of these and other violations of law, Plaintiff seeks hereby to recover actual and statutory damages together with reasonable attorney's fees and costs.

## PARTIES

5. Plaintiff, Freida Laub, is a natural person who resides in Las Vegas, Nevada, and is a "consumer" as defined by 15 U.S.C. Section 1692a(3) and allegedly owes a "debt" as defined by 15 U.S.C. Section 1692a(5).

6. Defendant, Wakefield & Associates, Inc. is a foreign corporation, the principal purpose of whose business is the collection of debts, operating a debt collection agency from its principal place of business in Aurora, Colorado, and regularly collects or attempts to collect debts owed or due or asserted to be owed or due another, and is a "debt collector" as defined by 15 U.S.C. Section 1692a(6).

## FACTUAL ALLEGATIONS

7. Plaintiff(s) repeat, reallege and assert all factual allegations contained in the preliminary statement to this Complaint and reassert them as incorporated in full herein.

8. Plaintiff suffers from Degenerative Multiple Sclerosis.

9. This disease has severely impacted Plaintiff's life.

10. Plaintiff can only work on a limited basis and consequently earns a limited income.

11. The alleged $967.00 debt underlying this action relates to Plaintiff's daughter's surgery.

12. Plaintiff's daughter is 22.

13. Defendant has made several harassing phone calls to both Plaintiff and her daughter.

14. Plaintiff has serially asked Defendant not to call.

15. During one call made during approximately early June 2009, Defendant's representative threatened Plaintiff with legal action in violation of FDCPA §§ 1692e and 1692e(5).

16. Defendant also threatened to "attach" Plaintiff's wages in violation of FDCPA §§ 1692e and 1692e(5).

17. On June 8, 2009, Plaintiff wrote Defendant advising of her *refusal to pay* (Exhibit 1).

18. Plaintiff's written refusal to pay required Defendant to cease and desist all collection communications in accordance with FDCPA § 1692c(c):

> (c) **Ceasing communication** - *If a consumer notifies a debt collector in writing that the consumer **refuses to pay a debt** or that the consumer wishes the debt collector to cease further communication with the consumer, <u>the debt collector shall not communicate further with the consumer with respect to such debt</u>.*

19. Defendant received Exhibit 1 on June 10, 2009 (Exhibit 2).

20. Notwithstanding, Defendant dunned Plaintiff on June 11, 2009 (Exhibit 3).

21. Exhibit 3 was sent in violation of FDCPA §1692c(c).

22. Defendant's continued phone contacts to Plaintiff, at times and at a place known to be inconvenient to Plaintiff, were made in violation of FDCPA § 1692c(a)(1). <u>Fox v. Citicorp Credit Services, Inc.</u>, 15 F.3d 1507, 1516, fn. 10 (9th Cir. 1994), <u>Austin v. Great Lakes Collection Bureau, Inc.</u>, 834 F. Supp. 557, 559 (D. Conn. 1993).

23. Defendant's calls exacerbated the symptoms of Plaintiff's disease.

24. The foregoing acts and omissions of Defendant were undertaken by it willfully, maliciously, and intentionally, knowingly, and/or in gross or reckless disregard of the rights of Plaintiff.

25. Indeed, the foregoing acts and omissions of Defendant were undertaken by it indiscriminately and persistently, as part of its regular and routine debt collection efforts, and without regard to or consideration of the identity or rights of Plaintiff.

26. As a proximate result of the foregoing acts and omissions of Defendant, Plaintiff has suffered actual damages and injury, including, but not limited to, stress, humiliation, mental anguish and suffering, and emotional distress, for which Plaintiff should be compensated in an amount to be proven at trial.

27. As a result of the foregoing acts and omissions of Defendant, and in order to punish Defendant for its outrageous and malicious conduct, as well as to deter it from committing similar acts in the future as part of its debt collection efforts, Plaintiff is entitled to recover punitive damages in an amount to be proven at trial.

## CAUSES OF ACTION

### COUNT I

28. The foregoing acts and omissions of Defendant constitute violations of the FDCPA, including, but not limited to, Sections 1692c, 1692d and 1692e.

29. Plaintiff is entitled to recover statutory damages, actual damages, reasonable attorney's fees, and costs.

### COUNT II

30. The foregoing acts and omissions constitute unreasonable debt collection practices in violation of the doctrine of Invasion of Privacy. *Kuhn v. Account Control Technology, Inc.*, 865 F. Supp. 1443, 1448-49, 1453 (D. Nev. 1994); *Pittman v. J. J. Mac Intyre Co. of Nevada, Inc.*, 969 F. Supp. 609, 613-14 (D. of Nev. 1997).

31. Plaintiff is entitled to recover actual damages as well as punitive damages in an amount to be proven at trial.

### JURY DEMANDED

Plaintiff hereby demands trial by a jury on all issues so triable.

WHEREFORE, Plaintiff prays that this Honorable Court grant the following relief:

1. Award actual damages.
2. Award punitive damages.
3. Award statutory damages of $1,000 pursuant to 15 U.S.C. § 1692k.
4. Award reasonable attorney fees.
5. Award costs.

///

6. Grant such other and further relief as it deems just and proper.

Respectfully submitted,

/s/ Mitchell D. Gliner, Esq.

MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Boulevard
Suite 95
Las Vegas, NV 89102
Attorney for Plaintiff


**EXHIBIT 1**

June 8, 2009

**CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
Wakefield & Associates, Inc.
3091 S. Jamaica Ct., Suite 200
Aurora, CO 80014-2639

Gentlemen:

I am in receipt of your May 14, 2009, correspondence. Thank you.

I do not like you and refuse to pay you.

Freida M. Laub

Enclosure

DEPT 8601
PO BOX 1259
OAKS, PA 19456

Wakefield & Associates, Inc.
3091 S. Jamaica Court, Suite 200
Aurora, CO 80014-2639
www.wakeassoc.com
Telephone: 1-800-864-3870
Fax: 303-537-2901

05/14/2009
Balance: $967.57
Account #: 2276-950135

7753-169

FREIDA M LAUB
6043 JOURNEYS END ST
LAS VEGAS NV 89148-5524

Wakefield & Associates, Inc.
PO Box 441590
Aurora, CO 80044-1590

---

Please detach this portion and return with your payment

**PLEASE SEE IMPORTANT DISCLOSURE INFORMATION ON REVERSE SIDE**

| Creditor | Our.Acct.# | Principal | Client Interest | Agency Interest | Total |
|---|---|---|---|---|---|
| SAHARA SURGERY CENTER | 2276-950135 | $967.57 | $0.00 | $0.00 | $967.57 |

Greetings:

Our client referred your past due account to our Agency for collection on 05/13/2009. If there is some reason why you are unable to make full payment on this outstanding account we ask that you contact our office. This debt is for medical services.

To insure proper credit to your account please make your check payable to Wakefield & Associates, Inc. and indicate your account number on your remittance.

Please tell us about your medical insurance or make payment arrangements by visiting our secure website

www.wakeassoc.com - Check or Credit Card

Your LOGON PIN for the website is : 84398

This will serve as notice for agents, attorneys and employees.

Sincerely,

MARCEL SMITH
1-800-864-3870 EXT:5515
Account Representative

www.Wakeassoc.com

514-003951.63 - F100000   7753 - 169

**PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR IMPORTANT INFORMATION.**

Wakefield & Associates * 3091 S. Jamaica Ct. * Aurora, CO 80014-2639


**UNITED STATES**
**POSTAL SERVICE**®

Home | He

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: 7005 2570 0000 3475 9242
Service(s): Certified Mail™
Status: Delivered

Your item was delivered at 2:52 PM on June 10, 2009 in AURORA, CO 80014.

Detailed Results:
- Delivered, June 10, 2009, 2:52 pm, AURORA, CO 80014
- Arrival at Unit, June 10, 2009, 9:13 am, AURORA, CO 80014

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

**Track & Confirm** 
Enter Label/Receipt Number.

---

Site Map | Customer Service | Forms | Gov't Services | Careers | Privacy Policy | Terms of Use | Business Customer Ga'

Copyright© 2009 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

**EXHIBIT 2**

DEPT 8601
PO BOX 1259
OAKS, PA 19456



**Wakefield & Associates, Inc.**
3091 S. Jamaica Court, Suite 200
Aurora, CO 80014-2639
www.wakeassoc.com
Telephone: 1-800-864-3870
Fax: 303-537-2901

06/11/2009
Balance: $977.11
Account #: 2276-950135

7753-65

FREIDA M LAUB
6043 JOURNEYS END ST
LAS VEGAS NV 89148-5524

Wakefield & Associates, Inc.
PO Box 441590
Aurora, CO 80044-1590

---

Please detach this portion and return with your payment

PLEASE SEE IMPORTANT DISCLOSURE INFORMATION ON REVERSE SIDE

| Creditor | Our.Acct.# | Principal | Client Interest | Agency Interest | Total |
|---|---|---|---|---|---|
| SAHARA SURGERY CENTER | 2276-950135 | $967.57 | $0.00 | $9.54 | $977.11 |

### *****FINAL NOTICE****

IF THIS ACCOUNT IS NOT PAID IN FULL BY 06/22/2009 it can be reported to the CREDIT BUREAU and/or FORWARDED TO AN AGENCY IN YOUR AREA FOR FUTHER COLLECTION EFFORTS.

Our client rendered services or products to you in good faith. It is your obligation to make a payment to our client.

Call me.

You can make payment arrangements by visiting our secure website

www.wakeassoc.com - Check or Credit Card

Your LOGON PIN for the website is : 84398

Sincerely,

MARCEL SMITH
1-800-864-3870 EXT:5515
Account Representative

**EXHIBIT 3**

612-002039.78 - F104000 7753-65

PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR IMPORTANT INFORMATION.

Wakefield & Associates * 3091 S. Jamaica Ct. * Aurora, CO 80014-2639